**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------ x

UNITED STATES OF AMERICA,

                               Plaintiff,

           -against-

DAVID PIERRE,

                            Defendant.

------------------------------------------ x

ORDER

16 Crim. 673-003 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Government's response to Defendant's Motion for Compassionate Release, (ECF No. 177), is due by July 29, 2022. Any reply papers are due by August 26, 2022.

Dated: May 23, 2022
        New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge