UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    -against-

DAVID PIERRE,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

16 Crim. 673-3 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court will hear oral argument on Defendant David Pierre's Motion to Reduce Sentence (ECF No. 177) on March 26, 2025, at 10:30 a.m.

Dated: March 3, 2025
       New York, New York

                                         SO ORDERED.

                                         *George B. Daniels*
                                         GEORGE B. DANIELS
                                         United States District Judge