UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

DAVID PIERRE,

              Defendant.

------------------------------------- x

ORDER

16 Crim. 673 (GBD)

GEORGE B. DANIELS, United States District Judge:

    On April 25, 2022, Defendant filed a motion to reduce his sentence (ECF No. 177.) The Clerk of Court is directed to reopen the case for the pendency of Defendant's motion.

Dated: May 14, 2025
       New York, New York

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge