UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

    -against-

                            ORDER

DAVID PIERRE,                      16 Crim. 673 (GBD)

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

    On March 17, 2025, Defendant filed a motion to unseal co-defendant Louis Knight's plea and sentencing transcripts (ECF No. 195.) On March 19, 2025, Louis Knight filed an opposition to Defendant's motion (ECF No. 197.) This Court held oral argument on April 2, 2025 and denied Defendant's motion to unseal (ECF No. 201.) The Clerk of Court is directed to close the open motion at ECF No. 197.

Dated: May 14, 2025
       New York, New York

                                        SO ORDERED.

                                        *George B. Daniels*
                                        GEORGE B. DANIELS
                                        United States District Judge